UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GENTRY FRISKE,

    Plaintiff,

                                      Case No. 1:06-cv-648

v

                                      Hon. Wendell A. Miles

STATE OF MICHIGAN,

    Defendant.
_____/

JUDGMENT APPROVING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       On October 4, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that plaintiff William Gentry Friske's complaint be dismissed for failure to state a claim. Plaintiff has filed objections to the R & R (docket no. 8). The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the plaintiff's objections, agrees with the reasoning and recommended disposition contained in the R & R.

       The court therefore approves and adopts the R & R as the decision of the court.

       Entered this 31st day of October, 2006.

                                                         /s/ Wendell A. Miles
                                                         Wendell A. Miles
                                                         Senior U.S. District Judge